1  STEPHEN C. RUEHMANN (167533)
   FISHER & RUEHMANN, LLP
2  9580 Oak Avenue Parkway, Suite 15
   Folsom, CA 95630
3  (916) 988-8001 Telephone
   (916) 988-8002 Fax
4  Steve@Ruehmannlaw.com

5  Attorneys for Plaintiffs

6

7

8                       UNITED STATES DISTRICT COURT

9                       NORTHERN DISTRICT OF CALIFORNIA

10

11

| | |
|---|---|
| ELIAZAR GONZALEZ and SILVIA GONZALEZ, | Case No.: 10- CV-0805-RS |
| Plaintiffs, | |
| vs. | STIPULATION OF DISMISSAL |
| ALLIANCE BANCORP, a California corporation; INDYMAC BANK, FSB, a federally chartered bank; REGIONAL SERVICE CORPORATION, a California corporation; and DOES 1 to 100, et al., | |
| Defendants. | |

  IT IS HEREBY STIPULATED by and between the Federal Deposit Insurance Corporation as Receiver for defendant INDYMAC BANK, FSB ("INDYMAC") through its designated counsel and Plaintiffs' that the above-captioned action be and hereby is dismissed

with prejudice to Defendant INDYMAC only, pursuant to FRCP 41 (a) (1).  Both parties agree to bear their own fees and costs.

Dated:  May 27, 2010                              /S/    Stephen C. Ruehmann
                                                  Stephen C. Ruehmann
                                                  Attorney for Plaintiffs

Dated:  May 27, 2010

                                                   /S/ James P. Gazdecki
                                                  Attorney for the Federal Deposit Insurance
                                                  Corporation as Receiver for defendant IndyMac
                                                  Bank, FSB

**ORDER**

IT IS SO ORDERED.

Dated: 5/28/10

_____
Honorable Judge Richard Seeborg