*E-Filed 5/28/10*

STEPHEN C. RUEHMANN (167533)
FISHER & RUEHMANN, LLP
9580 Oak Avenue Parkway, Suite 15
Folsom, CA 95630
(916) 988-8001 Telephone
(916) 988-8002 Fax
Steve@Ruehmannlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIAZAR GONZALEZ and SILVIA GONZALEZ,<br><br>        Plaintiffs,<br><br>vs.<br><br>ALLIANCE BANCORP, a California corporation; INDYMAC BANK, FSB, a federally chartered bank; REGIONAL SERVICE CORPORATION, a California corporation; and DOES 1 to 100, et al.,<br><br>        Defendants. | **Case No.: 10- CV-0805-RS**<br><br>NOTICE OF VOLUNTARY DISMISSAL and ORDER |

NOTICE IS HEREBY GIVEN that pursuant to FRCP 41 (a), Plaintiff voluntarily dismisses the above captioned action without predjudice.

Dated: May 28, 2010   /S/   Stephen C. Ruehmann
                                        Stephen C. Ruehmann
                                        Attorney for Plaintiffs

IT IS SO ORDERED.

Dated: 5/28/10

**ORDER**

_/s/ Richard Seeborg_
Honorable Judge Richard Seeborg